**Maurice McALLISTER, Respondent,**

v.

**STATE of Missouri, Appellant.**

No. 44678.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 31, 1982.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for appellant.

Timothy M. Gardner, Asst. Public Defender, Clayton, for respondent.

CLEMENS, Senior Judge.

Movant-defendant made good on his challenge to dual convictions for armed robbery and armed criminal action. The state appeals from the trial court's order setting aside as duplicitous the armed criminal action conviction.

The challenged dismissal was mandated by *State v. Haggard*, 619 S.W.2d 44 [9] (Mo.banc 1981). That case has been consistently followed. See 8A Mo. Dig., Criminal Law, Key 29, and our late decision in *Burse v. State*, 626 S.W.2d 394 (Mo.App.1981).

Affirmed.

REINHARD, P.J., and SNYDER and CRIST, JJ., concur.